**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 11-cv-02694-REB-KLM

CRYSTAL KOOY,

      Plaintiff,

v.

DEBRA RILEY, Nurse Practioner [*sic*],
JUDY SIAZ, Nurse Practioner [*sic*], and
PAULA FRANZ,

      Defendant.

---

**ORDER WITHDRAWING THE**
**ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636 (c)**

---

**Blackburn, J.**

      This matter comes before the Court, *sua sponte*.

      On January 23, 2012, an **Order of Reference Pursuant To 28 U.S.C. § 636 (c)** [#18][1]

was entered in this case.  This order was entered in error.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Order of Reference Pursuant To 28 U.S.C. § 636 (c)** [#18] entered

January 23, 2012, is **VACATED** and **WITHDRAWN**; and

      2.  That this civil action remains assigned to the Honorable Robert E. Blackburn,

United States District Judge.

      Dated January 24, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.